# United States District Court
# Western District of North Carolina
# Statesville Division

| Michael Munoz, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff(s), | ) | 5:15-cv-00119-RLV-DCK |
| vs. | ) | |
| SunTrust Bank, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 3, 2016 Order.

June 3, 2016

_____
Frank G. Johns, Clerk
United States District Court